## AIR-A-PLANE CORP. v. N.C. DEPT. OF E.H.N.R.

No. 175P95

Case below: 118 N.C.App. 118

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

## ASSOCIATED MECHANICAL CONTRACTORS v. PAYNE

No. 141PA95

Case below: 118 N.C.App. 54

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 1 June 1995.

## BABB v. HARNETT COUNTY BD. OF EDUCATION

No. 197P95

Case below: 118 N.C.App. 291

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995. Motion by the defendant to dismiss the appeal for lack of substantial constitutional question allowed 1 June 1995.

## BOWDEN v. LATTA

No. 130P95

Case below: 117 N.C.App. 731

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

## CRATT v. PERDUE FARMS, INC.

No. 153P95

Case below: 118 N.C.App. 173

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.